IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRESE A. PHILLIPS, | ) | |
| | ) | |
| Petitioner, | ) | 4:15CV3146 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN GAGE, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

Petitioner filed a Petition for Writ of Habeas Corpus (Filing No. 1), a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2), and a copy of his prisoner trust account statement (Filing No. 3).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). Upon careful consideration,

IT IS ORDERED:

1. Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is granted.

2. Petitioner must nevertheless pay the $5.00 fee within 60 days. Failure to do so may result in dismissal of his petition without further notice.

3. The clerk of the court is directed to set a pro se case management deadline in this case with the following text: **March 1, 2016**: check for payment.

DATED this 4th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.