IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRESE A. PHILLIPS, | ) | |
| | ) | |
| Petitioner, | ) | 4:15CV3146 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN GAGE, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED THAT the plaintiff is relieved of the obligation to pay the $5.00 filing fee and is permitted to proceed in forma pauperis as previously ordered.

DATED this 2nd day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge